1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.;
7  VIRGIN RECORDS AMERICA, INC.;
   UMG RECORDINGS, INC.; SONY BMG
8  MUSIC ENTERTAINMENT; ARISTA
9  RECORDS LLC; and FONOVISA, INC.

E-filing

ORIGINAL FILED
07 JUL 10 PM 12: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMC

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

C 07 - 3554

13  WARNER BROS. RECORDS INC., a Delaware      CASE NO.
    corporation; VIRGIN RECORDS AMERICA,
14  INC., a California corporation; UMG         **CERTIFICATION OF INTERESTED
    RECORDINGS, INC., a Delaware corporation;   ENTITIES OR PERSONS**
15  SONY BMG MUSIC ENTERTAINMENT, a
16  Delaware general partnership; ARISTA
    RECORDS LLC, a Delaware limited liability
17  company; and FONOVISA, INC., a California
18  corporation,
            Plaintiffs,
19
        v.
20
21  JOSE GONZALEZ,
            Defendant.
22

     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

     The following companies are parents of, or partners in Plaintiff WARNER BROS. RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

     The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

     The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

     The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

1  The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
2  BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
3  Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
4  Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
5  which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

7  The following companies are parents of, or partners in Plaintiff FONOVISA, INC.:
8  Univision Music LLC; Univision Music Group Mexico, S.A. de C.V.; Univision Music Inc.;
9  Univision Communications Inc.; and Diara Inc.

Dated: July 10, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; ARISTA
RECORDS LLC; and FONOVISA, INC.