AO 121 (6/90)

# E-filing

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

EMC

| [X] ACTION | [ ] APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 941... | C 07 3554 |
|---|---|---|---|
| DOCKET NO. | DATE FILED | | |

| PLAINTIFF | DEFENDANT |
|---|---|
| WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and FONOVISA, INC. | JOSE GONZALEZ |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| [ ] Order  [ ] Judgment | [ ] Yes   [ ] No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JOSE GONZALEZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Otherside | Californication | 174-922 |
| Virgin Records America, Inc. | Lenny Kravitz | Let Love Rule | Let Love Rule | 111-095 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Waiting For Tonight | On The 6 | 267-571 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | No Mercy | Where Do You Go | No Mercy | 251-426 |
| Fonovisa, Inc. | Banda El Recodo | Si Quieres | Desde El Cielo Y Para Siempre | 221-534 |
| Fonovisa, Inc. | Bronco | A Que Le Tiramos | 20 Exitos | 256-014 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and FONOVISA, INC. | | DEFENDANT<br>JOSE GONZALEZ |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## JOSE GONZALEZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Otherside | Californication | 174-922 |
| Virgin Records America, Inc. | Lenny Kravitz | Let Love Rule | Let Love Rule | 111-095 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Waiting For Tonight | On The 6 | 267-571 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | No Mercy | Where Do You Go | No Mercy | 251-426 |
| Fonovisa, Inc. | Banda El Recodo | Si Quieres | Desde El Cielo Y Para Siempre | 221-534 |
| Fonovisa, Inc. | Bronco | A Que Le Tiramos | 20 Exitos | 256-014 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and FONOVISA, INC. | DEFENDANT<br>JOSE GONZALEZ |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JOSE GONZALEZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Otherside | Californication | 174-922 |
| Virgin Records America, Inc. | Lenny Kravitz | Let Love Rule | Let Love Rule | 111-095 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Waiting For Tonight | On The 6 | 267-571 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | No Mercy | Where Do You Go | No Mercy | 251-426 |
| Fonovisa, Inc. | Banda El Recodo | Si Quieres | Desde El Cielo Y Para Siempre | 221-534 |
| Fonovisa, Inc. | Bronco | A Que Le Tiramos | 20 Exitos | 256-014 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and FONOVISA, INC. | | DEFENDANT<br>JOSE GONZALEZ |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

## JOSE GONZALEZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Otherside | Californication | 174-922 |
| Virgin Records America, Inc. | Lenny Kravitz | Let Love Rule | Let Love Rule | 111-095 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Waiting For Tonight | On The 6 | 267-571 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | No Mercy | Where Do You Go | No Mercy | 251-426 |
| Fonovisa, Inc. | Banda El Recodo | Si Quieres | Desde El Cielo Y Para Siempre | 221-534 |
| Fonovisa, Inc. | Bronco | A Que Le Tiramos | 20 Exitos | 256-014 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>San Francisco Division<br>450 Golden Gate Aveneu<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; and FONOVISA, INC. | | DEFENDANT<br>JOSE GONZALEZ |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## JOSE GONZALEZ

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Otherside | Californication | 174-922 |
| Virgin Records America, Inc. | Lenny Kravitz | Let Love Rule | Let Love Rule | 111-095 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Waiting For Tonight | On The 6 | 267-571 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | No Mercy | Where Do You Go | No Mercy | 251-426 |
| Fonovisa, Inc. | Banda El Recodo | Si Quieres | Desde El Cielo Y Para Siempre | 221-534 |
| Fonovisa, Inc. | Bronco | A Que Le Tiramos | 20 Exitos | 256-014 |