Matthew Franklin Jaksa (SBN 248072)
Holme Roberts & Owen LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
matt.jaksa@hro.com

Attorney for Plaintiffs
Warner Bros., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Warner Bros. Records, Inc., et al.,

        Plaintiff(s),

  v.

Jose Gonzalez,

        Defendant(s).

No. C 07-03554 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 10, 2007

/s/ Matthew Franklin Jaksa
Signature

Counsel for  Plaintiffs
(Plaintiff, Defendant or indicate "pro se")