Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; ARISTA
RECORDS LLC; and FONOVISA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and FONOVISA, INC., a California corporation,<br>　　　　　　Plaintiffs,<br>　　v.<br>JOSE GONZALEZ,<br>　　　　　　Defendant. | CASE NO. C 07-03554 EMC<br><br>Honorable Edward M. Chen<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

---

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07 03554 EMC
#33119 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently set for October 17, 2007, at 1:30 p.m. to January 16, 2008.  Plaintiffs filed the Complaint against Defendant on July 10, 2007.  Defendant has not yet been served.  Plaintiffs have attempted personal service on Defendant, but have discovered that the address Plaintiffs have on file for Defendant is not, or is no longer, correct.  Plaintiffs are still attempting personal service on Defendant, and are attempting to determine Defendant's correct address.  If Plaintiffs are unable to effect personal service on Defendant, Plaintiffs will attempt alternative forms of service.  Plaintiffs therefore respectfully request to continue the case management conference so that Plaintiffs may continue to attempt to serve Defendant.

DATED:  October 10, 2007                HOLME ROBERTS & OWEN LLP

By:      */s/ Matthew Franklin Jaksa*
         Matthew Franklin Jaksa
         Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for October 17, 2007, at 1:30 p.m. to January 16, 2008.  A CMC Statement shall be filed by 1/9/08.

Dated:  October 15, 2007         By; _____
                                     Honorable Edward M. Chen
                                     United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. C 07 03554 EMC
#33119 v1

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On October 10, 2007, I served the foregoing documents described as:

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Jose Gonzalez**
> **2548 Camara Circle**
> **Apt. C**
> **Concord, CA 94520**

XX   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 10, 2007 at San Francisco, California.

_____
Molly Morris

Proof of Service
Case No. C 07-03554 EMC
#31048 v1

1