Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.;
UMG RECORDINGS, INC.; SONY BMG
MUSIC ENTERTAINMENT; ARISTA
RECORDS LLC; and FONOVISA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and FONOVISA, INC., a California corporation,<br>　　　　　　Plaintiffs,<br>　　v.<br>JOSE GONZALEZ,<br>　　　　　　Defendant. | CASE NO. C 07-03554 EMC<br><br>Honorable Edward M. Chen<br><br>***EX PARTE* APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m)
2  and 6(b)(1), that the Court extend Plaintiffs' time to serve the Summons and Complaint on
3  Defendant Jose Gonzalez ("Defendant") to February 5, 2008.  Plaintiffs filed the Complaint against
4  Defendant on July 10, 2007.  Defendant has not yet been served.  Plaintiffs have attempted personal
5  service on Defendant, but have discovered that the address Plaintiffs have on file for Defendant is
6  not, or is no longer, correct.  Plaintiffs are still attempting personal service on Defendant, and are
7  attempting to determine Defendant's correct address.  If Plaintiffs are unable to effect personal
8  service on Defendant, Plaintiffs will attempt alternative forms of service.  Plaintiffs therefore
9  respectfully request that Plaintiffs' time to serve the Summons and Complaint on Defendant be
10 extended to February 5, 2008 so that Plaintiffs may continue to attempt to serve Defendant.

12 DATED:  November 6, 2007                HOLME ROBERTS & OWEN LLP

13                                         By:   ___/s/ Matthew Franklin Jaksa____
14                                               Matthew Franklin Jaksa
                                                 Attorney for Plaintiffs

17                                    **ORDER**

18  Good cause having been shown:

19  **IT IS ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and
20 6(b)(1), Plaintiffs' time to serve the summons and complaint on Defendant be extended to February
21 5, 2008.  Case Management conference moved from 1/16/08 at 1:30pm to 3/19/08 at 1:30 p.m.  A Joint CMC statement shall be filed by 3/12/08.

23 Dated:  November 8, 2007               By;  _____
24                                              Honorable Edward M. Chen
                                                United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

---

*EX PARTE* APPLICATION TO EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER
Case No. C 07 03554 EMC
#33623 v1