1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.;
7  VIRGIN RECORDS AMERICA, INC.;
   UMG RECORDINGS, INC.; SONY BMG
8  MUSIC ENTERTAINMENT; ARISTA
   RECORDS LLC; and FONOVISA, INC.
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION
12

13 | WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and FONOVISA, INC., a California corporation, | CASE NO. C 07-03554 EMC

Honorable Edward M. Chen

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

                    Plaintiffs,

         v.

   JOSE GONZALEZ,
                    Defendant.

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs WARNER BROS. RECORDS INC., *et
2    al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright
3    infringement claims against Defendant Jose Gonzalez, each party to bear its/his own fees and costs.
4    The Clerk of Court is respectfully requested to close this case.

6    DATED:  January 15, 2008                    HOLME ROBERTS & OWEN LLP

7                                                By:    */s/ Matthew Franklin Jaksa*
8                                                       Matthew Franklin Jaksa
                                                        Attorney for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On January 15, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Jose Gonzalez**
> **2548 Camara Circle**
> **Apt. C**
> **Concord, CA  94520**

XX     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 15, 2008 at San Francisco, California.

_____
Molly Morris

Proof of Service
Case No. C 07-03554 EMC
#31048 v1